# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA BRACCO, | Case No. 2:17-cv-01222-APG-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| FINDLAY AUTOMOTIVE OF NEVADA, LLC, | (Docket No. 22) |
| Defendant(s). | |

Pending before the Court is Defendant's motion for an exception to the early neutral evaluation attendance requirements, requesting that its insurance carrier appear telephonically. Docket No. 22. Defendant submits that, though it is covered by its insurance carrier, it is "well within the Self Insured Retention" limit, and that its General Manager, John Barr, has full authority to settle the matter. *Id.* at 2.

For good cause shown, the motion is **GRANTED**. Defendant shall ensure that a representative from its insurance carrier is available telephonically throughout the entirety of the early neutral evaluation session.

IT IS SO ORDERED.

Dated: October 25, 2017

_____
Nancy J. Koppe
United States Magistrate Judge