# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIA BRACCO,<br><br>Plaintiff,<br><br>v.<br><br>FINDLAY AUTOMOTIVE OF NEVADA, LLC,<br><br>Defendant. | Case No. 2:17-cv-01222-APG-VCF<br><br>**ORDER DENYING AS MOOT MOTIONS TO DISMISS, TO STRIKE, AND FOR A MORE DEFINITE STATEMENT**<br><br>(ECF Nos. 10, 11, 12) |

In light of the amended complaint (ECF No. 15),

IT IS ORDERED that the defendant's motion to dismiss **(ECF No. 10)**, motion to strike **(ECF No. 11)**, and motion for more definite statement **(ECF No. 12) are DENIED as moot** because they were aimed at the original complaint.

DATED this 10th day of November, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE