1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
3  Amy L. Howard
   Nevada Bar No. 13946
4  amy.howard@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888

9  *Attorneys for Defendant Findlay Automotive of
   Nevada, LLC dba Findlay Toyota*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA BRACCO, an individual, | Case No.  2:17-cv-01222-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| FINDLAY AUTOMOTIVE OF NEVADA, LLC dba FINDLAY TOYOTA, a Nevada corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant Findlay Automotive of Nevada dba Findlay Toyota ("Defendant"), and Plaintiff Maria Bracco ("Plaintiff"), by and through their counsel of record, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

//

//

//

//

Each party is to bear their own fees and costs.

Dated this 26th day of March, 2018.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Daniel R. Watkins | /s/ Anthony L. Martin |
| Daniel R. Watkins | Anthony L. Martin |
| Theresa M. Santos | Amy L. Howard |
| 8215 S. Eastern Avenue | 3800 Howard Hughes Parkway |
| Suite 265 | Suite 1500 |
| Las Vegas, NV 89123 | Las Vegas, NV 89169 |
| Telephone: 702.385.5191 | Telephone: 702.369.6818 |
| *Attorneys for Plaintiff Maria Bracco* | *Attorneys for Defendant Findlay Automotive of Nevada,, LLC dba Findlay Toyota* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

3/26/2018
DATE